■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ALMARS ELKSNIS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. GENERAL HARRIS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. RALPH STAIGER.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HYMAN POST, v. CHARLES SAMUELS. (B) MAGDALENA FRIEDMAN v. CENTURY INSURANCE COMPANY LIMITED. JESSE FRIEDMAN v. ZURICH INSURANCE COMPANY. [In each action] — Motion for a stay granted on condition that the appellant[s] procures the record on appeal and appellant's points to be served and filed on or before April 5, 1962, with notice of argument for April 17, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ (A) In the Matter of ELINOR SALVAGE v. ROBERT C. WEAVER, as State Rent Administrator. (B) MAX L. COHEN v. HERMAN D. LEWIS.— [In each action] — Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ LILIAS K. BARGER v. RAPHAEL KAY et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before April 5, 1962, with notice of argument for April 17, 1962, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before April 11, 1962. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

## (March 15, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED BLUME, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANUEL OSTOLAZA, Appellant.— Order entered on June 29, 1960 unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ In the Matter of LAWRENCE P. WARING, Petitioner, v. NOBE E. STEIN, as Acting Director of MANHATTAN STATE HOSPITAL, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ ALMA BOSTROM, Respondent, v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ PETER SUSZCZYNSKI, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.